UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------x

In re:

Bonnie Victoria Grant Hughes,

Debtor.

Case No. 1-26-40180-ess

Chapter 7

HON. Elizabeth S. Stong

----------------------------------------------------------------x

**ORDER PURSUANT TO 11 U.S.C. § 362(d)**
**MODIFYING THE AUTOMATIC STAY IMPOSED BY 11 U.S.C. § 362(a)**

Upon the motion, filed March 5, 2026, (the "Motion"), by Select Portfolio Servicing, Inc., as servicing agent for Deutsche Bank National Trust, Company, as Trustee for the holders of HSI Asset Securitization Corporation Trust 2007-HE1, Mortgage Pass-Through Certificates, Series 2007-HE1 (with any subsequent successor or assign, the "Movant"), for an order, pursuant to section 362(d) of title 11 of the United States Code (the "Bankruptcy Code") vacating the automatic stay imposed in the above-captioned case by section 362(a) of the Bankruptcy Code as to the Movant's interests in the property located at 10510 130th Street, South Richmond Hill, New York 11419 (the "Property") to allow the Movant's enforcement of its rights in, and remedies in and to, the Property and due and proper notice of the Motion having been made on all necessary parties; and the Court having held a hearing on the Motion on April 15, 2026***, at which the Movant appeared and was heard and the Debtor did not appear***; with no opposition interposed, and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing, it is hereby:

ORDERED that the automatic stay imposed in this case by section 362(a) of the Bankruptcy Code is modified under section 362(d) of the Bankruptcy Code ~~as~~ to allow the Movant to pursue its rights under applicable law with respect to the Property; and it is further

ORDERED that the Movant shall promptly report and turn over to the Trustee any surplus monies realized upon sale of the Property.

**Dated: Brooklyn, New York**
**May 4, 2026**

Elizabeth S. Stong
United States Bankruptcy Judge